IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**FILED**
NOV 26 2024
Clerk, U.S. District Court
Texas Eastern

LUIS GERARDO DEGANTE

V.

GAYLON PERRY RIDDLES,

CASE NO.
4:21-CV-548-ALM-KPJ

### AFFIDAVIT FOR DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. (5)(a)(2), 12(a) AND 55(a)

Petitioner Luis Gerardo Degante positively avers the following:

1. On July 15, 2021, Plaintiff, proceeding pro se, filed a Complaint ("the Complaint") (Dkt. 1).

2. In the Complaint, Plaintiff alleges that on October 9, 2018 he pleaded guilty in a criminal case in the Eastern District of Texas. Id. at 4.

3. Plaintiff alleges that his plea deal included the return of his jewelry. Id.

1.

2.

4. Plaintiff avers that the jewelry was never returned to him. Id.

5. Plaintiff alleges that Defendants violated the Fifth Amendment by not returning his property and seeks an award of $1,380,000 "due to loss of irreplaceable and sentimental jewelry by ... Defendants." Id. at 3-4.

6. On October 13, 2023, this Honorable Court ordered Plaintiff to serve Defendant(s) with the Complaint (Dkt. 1) no later than (14) days after receipt of the order. Dkt. 11 at 1.

7. Summons was issued for the first time for Defendants on October 17, 2023. Dkts. 12-13.

8. On January 23, 2024, Riddles filed his answer. Dkt. 23.

## RULE 55. DEFAULT; DEFAULT JUDGMENT

(a) Entering a Default.

When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend,

3.

and that failure is shown by affidavit or otherwise, the Clerk must enter the party's default.

(b) ENTERING A DEFAULT JUDGMENT BY THE CLERK. If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the Clerk - on the Plaintiff's request, with an affidavit showing the amount due - must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor or incompetent person.

RULE 12 (a) TIME TO SERVE A RESPONSIVE PLEADING.
(1) Unless another time is specified by this rule or a federal statute, the time for filing a responsive pleading is as follows:
(A) a defendant must serve an answer
  (i) within 21 days after being served with the summons and complaint, or
  (ii) if it has timely waived service under rule 4(d), within 60 days after the request for a waiver was sent, or within 90 days after it was sent to the defendant.

The fact that this Honorable Court has not yet formally

4.

adjudicated defendant Riddles in default is not relevant. A court need not have formally adjudicated default for Fed. R. Civ. P. 5(a)(2) to be triggered.

For the purposes of F.R.C.P. 5(a)(2) a party has failed to appear if it does not appear within the time proscribed for answering or otherwise responding to the Complaint; no entry of default by the Clerk is required.

Once Summons is properly served under Fed. R. Civ. P. (4), neither the Plaintiff nor the Clerk of Court have a further duty to notify the defaulted parties:

Fed. R. Civ. P. 5(a) specifically negates any requirement of service on parties in default for failure to timely appear.

Where defendant(s) are served with a summons and do not appear and answer within the required period, they are parties in default for purposes of F.R.C.P. 5(a).

Date  11-12-2024

Signature [signature]

Plaintiff Avers, under the penalty of perjury that the foregoing is true and Correct to the best of his knowledge and belief.